## DOUGLAS v. CLAYTON TOWNSITE CO.

No. 846.    Opinion Filed May 9, 1911.

(115 Pac. 1016.)

**APPEAL AND ERROR**—Dismissal—Failure to File and Serve Briefs. Where plaintiff in error fails to comply with the rules of this court, requiring him to serve a brief on counsel for defendant in error and at the same time to file 15 copies of his brief with the clerk of the court, his case, on being reached for submission, will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Pushmataha County; Malcolm E. Rosser, Judge.*

Action between Charles E. Douglas and the Clayton Townsite Company. From the judgment, Douglas brings error. Dismissed.

*Eaton, Beidleman & Carter,* for plaintiff in error.

*W. D. Chopping* and *W. B. Homer,* for defendant in error.

HAYES, J.   Plaintiff in error failed to file in this proceeding his brief within the time prescribed by the rules of this court. Nor was any brief filed by him up to the time the cause was reached for submission.

Upon the authority of the following cases the cause is dismissed: *Davis v. Elliott,* 25 Okla. 433, 106 Pac. 838; *Walker et al. v. Hannewincle,* 24 Okla. 152, 103 Pac. 585; *Horner et al. v. Goltry & Sons,* 23 Okla. 905, 101 Pac. 1111.

- All the Justices concur.